**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7226**

_____

CALVIN SCOTT WEDINGTON,

Plaintiff - Appellant,

v.

U.S. FEDERAL GOVERNMENT, and its affiliated and subsidiary
organizations, officials, and representatives; WARDEN ART
BEELER; UNKNOWN DEPUTY U.S. MARSHAL; NURSE BEASLEY; U.S.
MARSHAL SERVICE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge.  (5:14-ct-03319-F)

_____

Submitted:  October 15, 2015          Decided:  October 20, 2015

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Calvin Scott Wedington, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Scott Wedington appeals the district court's order dismissing his civil action as frivolous. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Wedington's informal brief does not challenge the basis for the district court's disposition, Wedington has forfeited appellate review of the court's order. Accordingly, although we grant leave to proceed in forma pauperis, we affirm the district court's judgment. We deny Wedington's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED